**1**

John PETTIGREW v. STATE. (No. 10681.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, Rockwall County; Joel R. Bond, Judge. H. M. Wade, of Rockwall, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Rockwall county of driving an automobile while intoxicated; punishment, fine of $250 and ten days' imprisonment in the county jail. Appellant has filed in this court his sworn affidavit, asking that his appeal be dismissed. The request will be granted. The appeal is dismissed.

═══

**2**

Joe RAGUSIN v. STATE. (No. 10604.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, Matagorda County; M. S. Munson, Judge. Gordon Lawson, of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor; the punishment being one year in the penitentiary. It is made to appear to this court by affidavit of the sheriff of Matagorda county that appellant has escaped from the custody of said officer pending this appeal. By the express terms of article 824, Code of Criminal Procedure (1925), this court has lost jurisdiction of the case, and the appeal must be dismissed; and it is so ordered.

═══

**3**

Dave W. RUTHERFORD v. STATE. (No. 10525.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court,

Brown County; J. O. Woodward, Judge. See, also, 283 S. W. 512. W. Marcus Weatherred, of Coleman, and R. L. McGaugh, of Brownwood, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for life. It appears from the motion of state's counsel to dismiss the appeal that on November 20, 1926, the appellant, who was in custody of the sheriff of Brown county, made his escape; that he has not returned to custody or been recaptured, but that he is still at large. These facts appear from the affidavit of Burt Hise, sheriff of Brown county, which accompanies the motion. It also appears that counsel for the appellant has been notified of the filing of the motion to dismiss the appeal, and that no opposition to the granting of the motion has been presented. In obedience to the statute (article 824, C. C. P. 1925), the appeal is ordered dismissed.

═══

**4**

Bryant SATCHELL v. STATE. (No. 10459.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Joe W. Taylor, of Waco, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty, of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of McLennan county of murder; punishment fixed at death. We regret to observe that the record is before us without any statement of facts or, bills of exception. The indictment appears to be regular, and the charge of the court submitted the law covering the case as made by the indictment. Finding no error in the record, the judgment will be affirmed.

═══

**5**

Roy SMITH v. STATE. (No. 10377.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge. Warren W. Moore, of Austin, and Taylor, Muse & Taylor, of Wichita Falls,, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of 45 years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted and the appeal is ordered dismissed.